UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, ) | |
| an individual, ) | |
| ) | CASE NO.: 1:16-cv-02357-WTL-DML |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| FLYNN & ZINKAN PROPERTIES II, LLC, ) | |
| an Indiana Limited Liability Company, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, Flynn & Zinkan Properties II, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: July 24, 2017

Respectfully Submitted,                    Respectfully Submitted,

By: */s/ Louis I. Mussman*                 By: */s/ Jeffrey E. Ramsey*_____
    Louis I. Mussman, Esq.                      Jeffrey E. Ramsey
    Bar No. 597155                              Attorney No. 6625-49
    Ku & Mussman, P.A.                          BLACKWELL, BURKE &
    18501 Pines Boulevard, Suite 209-A          RAMSEY, P.C.
    Pembroke Pines, FL 33029                    101 W. Ohio Street, Suite 1700
    Tel: (305) 891-1322                          Indianapolis, Indiana 46204
    Fax: (305) 891-4512                          Phone: 317-635-5005
    Louis@KuMussman.com                          Fax: 317-634-2501
                                                 E-mail: jramsey@bbrlawpc.com

    and                                          *Attorneys for Defendant*

Eric C. Bohnet, Esq.                                    *Flynn & Zinkan Properties II, LLC*
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana   46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Counsel for Plaintiff*
*Dennis Tooley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

    Jeffrey E. Ramsey
    BLACKWELL, BURKE & RAMSEY, P.C.
    101 W. Ohio Street, Suite 1700
    Indianapolis, Indiana 46204


                                          By:   */s/ Louis I. Mussman*
                                                Louis I. Mussman