UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.: 1:16-cv-02357-WTL-DML ) ) |
| vs. | ) ) ) |
| FLYNN & ZINKAN PROPERTIES II, LLC, an Indiana Limited Liability Company, | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.

**DONE AND ORDERED** in Chambers this   25th  day of      July            , 2017.

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.